D. HARTMAN TABER, as Receiver, etc., Appellant, *v.* SAMUEL JACK, Respondent, et al.

(Argued June 4, 1891; decided June 16, 1891.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made the first Tuesday

of January, 1891, which affirmed an order of the Special Term denying a motion to punish the defendant, Samuel Jack, for non-compliance with a judgment.

*H. B. Cone* for appellant.

*M. H. Peck* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.